Fontaine ElDevon Camper/T814139
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 10 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Fontaine ElDevon Camper
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-00264-PHX-SMB--JFM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County LBJ/Phoenix, Az

3.

Revised 12/1/20                                          1                                          550/555

## B. DEFENDANTS

1. Name of first Defendant: __Paul Panzone__. The first Defendant is employed as: __Sheriff & Warden (MCSO)__ at __Maricopa County__.
   (Position and Title) (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   as: _____ at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed
   as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed
   as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: They violated my Amendment of falsely imprisonment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities         ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: Wrongful imprisonment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was sentenced on January 05, 2023 but my sentence was suspended. I was suppose to be released to probation but instead I'm still incarcerated to figure out why I'm not or when I will be released?

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have take medicine for depression from the Court or Maricopa failure to release me.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Detention officers stated to me only me filing a ILS form or contacting my lawyer is the only way I would be released of something will be done.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: They violated my Amendment for due process & false imprisonment

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Because of seizure, brain contusions, also TBI (Tramatic Brain Injury). I can't sleep or be housed on top bunk top tier. Three times since letting medical staff & Detention officers know I've been placed on top bunk, top tier & suffered a knot to the head on left forehead & feel like my life's in danger. Also from lack of good or filtered water I had got exama, red swollen skin from upper forearm to bottom biccep on both right & left side of body and swollen eyes!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Knot to left forehead. Depression/anxiety disorders. Exama, red swollen skin right/left upper forearm to bottom biccep, swollen eyes.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Detention & medical staff said all I could do was wait on open bed space for bottom bunk/tier.

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>They violated my admendment for due process & false imprisonment.</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities         ☐ Mail            ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   <u>I feel like it's a threat to my safety, cause after suffering seizure & knot to left forehead I have my anxiety & fallen deeper in a depression state. Cause of not being heard or treated with precautions.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Depression & Anxiety. Also knot to left forehead.</u>

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm seeking payment for everyday incarcerated in here past my release date January.05.2023, also to be released immediately once my case is heard & closed. Thank you for your time. $30.000 a day for everyday incarcarated past my due/release date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01-29-2023
            DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____ **February 6, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  A7879
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009